UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. HOLCOMB,<br><br>          Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER GONZALES,<br>et al.,<br><br>          Defendants.<br>_____/ | 1:06-cv-00844-OWW-SMS PC<br><br>**ORDER DENYING MOTION FOR LEGAL SUPPLIES** (Doc. 10)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 9)<br><br>**ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST PRIOR TO FILING SUIT** (Doc. 1) |

   Plaintiff Richard A. Holcomb ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On February 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings

1

1 and Recommendations was to be filed within thirty days. To date,
2 plaintiff has not filed an objection to the Magistrate Judge's
3 Findings and Recommendations.

4 However, on March 22, 2007, plaintiff filed a motion seeking
5 a court order mandating the issuance of legals supplies. Plaintiff
6 is not entitled to the issuance of a preliminary injunction aimed
7 at enabling him to litigate this action for efficiently or
8 effectively. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103
9 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams.
10 United for Separation of Church and State, Inc., 454 U.S. 464, 471,
11 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444
12 F.3d 1118, 1126 (9th Cir. 2006).

13 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
14 and Local Rule 73-305, this Court has conducted a de novo review of
15 this case. Having carefully reviewed the entire file, the Court
16 finds the Findings and Recommendations to be supported by the
17 record and by proper analysis. Plaintiff failed to exhaust in
18 compliance with 42 U.S.C. § 1997e(a), and is not entitled to
19 proceed with this action. Jones v. Bock, 127 S.Ct. 910, 918-19
20 (2007).

21 Accordingly, IT IS HEREBY ORDERED that:
22 1. Plaintiff's motion for legal supplies, filed March 22,
23     2007, is DENIED;
24 2. The Findings and Recommendations, filed February 26,
25     2007, is ADOPTED IN FULL; and
26 ///
27 ///
28 ///

3.   This action is DISMISSED, without prejudice, based on plaintiff's failure to comply with 42 U.S.C. § 1997e(a) by exhausting his claims prior to filing suit.

IT IS SO ORDERED.

**Dated:   April 27, 2007**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE